1  Michael L. Kirby (50895)
   mkirby@knlh.com
2  Malcolm B. Roberts (242431)
   mroberts@knlh.com
3  **KIRBY NOONAN LANCE & HOGE LLP**
   600 West Broadway, Suite 1100
4  San Diego, California 92101-3387
   Telephone (619) 231-8666
5  Facsimile (619) 231-9593

6  Attorneys for Defendant GEMCO, INC.

FILED
2008 FEB 13 PM 4:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 07CV2400 IEG (NLS)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>JUDGE: The Hon. Irma E. Gonzalez |

   PLEASE TAKE NOTICE that, on February 15, 2008, Kirby Noonan Lance & Hoge, LLP will move its offices to:

   Kirby Noonan Lance & Hoge, LLP
   Diamond View Towers
   350 Tenth Ave, Suite 1300
   San Diego, CA 92101

   All correspondence, service of documents, etc. related to the above-entitled matter should be directed to the handling attorney at the address indicated above.

DATED: February 11, 2008       KIRBY NOONAN LANCE & HOGE LLP

                               By: _____ /s/ Michael L. Kirby _____
                                   Michael L. Kirby
                                   Malcolm B. Roberts
                                   Attorneys for Defendant GEMCO, INC.

KNLH\507583.1                                               07CV2400 IEG (NLS)

## PROOF OF SERVICE

Bond v. Gemco
United States District Court Case No. 07CV2400IEG (NLS)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On February 12, 2008, at San Diego, California, I served the following document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as stated below, which reflects the address last given by each such addressee on any document filed in the action and served on this office.

| | |
|---|---|
| Micha Danzig (177923) | Attorneys for Plaintiff Bond Laboratories, Inc. |
| Juan C. Castafieda (240705) | |
| Mintz Levin Cohn Ferris Glovensky & Popeo, PC | |
| 5355 Mira Sorrento Place, Suite 600 | |
| San Diego, CA  92121 | |
| Telephone: 858-320-3000 | |
| Facsimile: 858-320-3001 | |

☒ **BY MAIL:** I am readily familiar with our business practice for collecting, processing and mailing correspondence and pleadings with the United States Postal Service. Such correspondence and pleadings are deposited with the United States Postal Service on the same day that they are placed for mailing in the ordinary course of business. I sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 12, 2008, at San Diego, California.

Lorri Ann Taylor