Michael L. Kirby (50895)
    mkirby@knlh.com
Malcolm B. Roberts (242431)
    mroberts@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Defendant GEMCO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation, | CASE NO. 07CV2400 IEG (NLS) |
| Plaintiff, | **EX PARTE APPLICATION FOR RECONSIDERATION OF MARCH 11, 2008 ORDER DENYING MOTION TO COMPEL ARBITRATION OR DISMISS FOR IMPROPER VENUE** |
| vs. | |
| GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive, | Date:   To be determined by the Court |
| Defendant. | Time:   To be determined by the Court<br>Judge:  The Hon. Irma E. Gonzalez<br>Crtrm:  1 |

This is an ex parte application for reconsideration of this Court's March 11, 2008 Order (the "Order") denying Defendant Gemco, Inc.'s ("Gemco") Motion to Compel Arbitration, or to Dismiss for Improper Venue. *See* SD CA Rule 7.1(i).

This ex parte application is based on the following facts and circumstances:

1.  On March 11, 2008, the Court filed its Order denying Gemco's Motion to Compel Arbitration or Dismiss for Improper Venue.

2.  An Order by the District Court denying a motion to compel arbitration may be appealed. 9 U.S.C. §16(a)(1)(C).

3.  A Notice of Appeal must be filed within 30 days after entry of the Court's

KNLH\511928.1

1    Order.  28 U.S.C. §2107(a); FRAP 4(a)(1)(A).

2        4.    Since Gemco's Motion to Compel Arbitration or Dismiss for Improper Venue

3    was denied, Gemco may file a Motion for Reconsideration.  SD CA Rule 7.1(i); *Smith v.*

4    *Massachusetts* (2005) 543 U.S. 462, 475, 125 S.Ct. 1129, 1139.

5        5.    Because a Motion for Reconsideration does not extend the time within

6    which Gemco may appeal the Order, Gemco is compelled to seek reconsideration of the

7    Court's March 11, 2008 Order via this ex parte application.  See, *Agostino v. Ellamar*

8    *Packing Co., Inc.* (9th Cir. 1951) 191 F.2d 576.

9        6.    Because of the 28-day notice requirement for civil motions in this District,

10   and the Court's calendar, it is impossible for Gemco to have its motion for reconsideration

11   heard and decided before the time elapses for Gemco to file its notice of appeal

12   regarding the Court's March 11, 2008 Order.

13       7.    Gemco's interests will be irreparably prejudiced if the underlying motion is

14   heard according to regular noticed motion procedures.

15       Gemco hereby respectfully requests that this Court reconsider its Order in

16   accordance with Local Rule SD CA Rule 7.1(i) and on the grounds more particularly set

17   forth in the accompanying Memorandum of Points and Authorities and the Declaration of

18   Malcolm B. Roberts.

19

20   DATED: March 21, 2008            KIRBY NOONAN LANCE & HOGE LLP

21

22                          By: _____

23                              Michael L. Kirby
                                Malcolm B. Roberts
24                              Attorneys for Defendant GEMCO, INC.

25

26

27   KNLH\511928.1                    -2-                    07CV2400 IEG (NLS)
                                                            EX PARTE APPLICATION FOR
28                                                          RECONSIDERATION OF MARCH 11, 2008
                                                            ORDER DENYING MOTION TO COMPEL
                                                            ARBITRATION OR DISMISS FOR IMPROPER
                                                            VENUE

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700