Michael L. Kirby (50895)
  mkirby@knlh.com
Malcolm B. Roberts (242431)
  mroberts@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California  92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Defendant GEMCO, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 07CV2400 IEG (NLS)<br><br>**DECLARATION OF MALCOLM B. ROBERTS IN SUPPORT OF EX PARTE APPLICATION BY GEMCO, INC. FOR RECONSIDERATION OF MARCH 11, 2008 ORDER DENYING MOTION TO COMPEL ARBITRATION OR DISMISS FOR IMPROPER VENUE**<br><br>Date:    To be determined by the Court<br>Time:    To be determined by the Court<br>Judge:  The Hon. Irma E. Gonzalez<br>Crtrm:  1 |

I, MALCOLM B. ROBERTS, under penalty of perjury, declare as follows:

1.    I am an attorney at law duly licensed to appear before all courts in the State of California and the United States District Court for the Southern District of California.  I am an associate attorney at the law firm of Kirby Noonan Lance & Hoge, LLP, attorneys of record herein for Defendant Gemco, Inc. ("Gemco").  All facts stated herein are true of my own personal knowledge and if called as a witness, I could and would testify competently thereto.

2.    On January 3, 2008, Gemco filed a Motion to Compel Arbitration or Dismiss

KNLH\511975.1

07CV2400 IEG (NLS)
DECLARATION OF MALCOLM B. ROBERTS
IN SUPPORT OF EX PARTE APPLICATION
BY GEMCO, INC. FOR RECONSIDERATION
OF MARCH 11, 2008 ORDER DENYING
MOTION TO COMPEL ARBITRATION OR
DISMISS FOR IMPROPER VENUE

1  for Improper Venue ("Motion to Compel Arbitration") in the Southern District for the

2  United States District Court before the Honorable Irma E. Gonzalez to compel Bond

3  Laboratories, Inc. ("Bond") to arbitration in Middlesex, New Jersey pursuant to the

4  arbitration provision contained in Gemco's terms and conditions which Gemco alleged

5  were part of its contractual agreement with Bond.

6          3.      On or about February 11, 2008, Bond filed its opposition to Gemco's

7  motion, asserting as its principal defense that no one at Bond ever received or saw

8  Gemco's terms and conditions, and thus there could be no agreement for arbitration.

9          4.      That opposition was faxed to our client, who then located a witness (not a

10  Gemco employee), Steve Lutes, who had personal knowledge that Gemco's terms and

11  conditions were delivered to Bond as part of a quote for the subject product in July of

12  2006.  My firm had no knowledge of the existence of Mr. Lutes when we filed Gemco's

13  motion on January 3, 2008.

14          5.      Thereafter, I personally spoke to Mr. Lutes and he executed a reply

15  Declaration dated February 14, 2008, which was filed as part of Gemco's reply pleadings.

16  That Declaration was filed to rebut the opposition of Bond to Gemco's Motion to Compel

17  Arbitration.

18          6.      On March 11, 2008, after previously advising counsel that Gemco's motion

19  would be decided without any oral argument, the Court filed an Order Denying Gemco's

20  Motion to Compel Arbitration or Dismiss for Improper Venue (the "Order").

21          7.      Among other things, the Court's Order noted that it was improper for it to

22  consider the new factual argument raised in Gemco's Reply Memorandum of Points and

23  Authorities in Support of Gemco Inc.'s Motion to Compel Arbitration, or to Dismiss for

24  Improper Venue ("Reply Motion").  (Court Order, pg. 4, fn. 3)  Specifically, the Court

25  noted that it was improper for Gemco to argue in its Reply Motion that Bond received its

26  terms and conditions, including the arbitration provision, as part of a quote it claims that it

27  KNLH\511975.1                              -2-

28

07CV2400 IEG (NLS)
DECLARATION OF MALCOLM B. ROBERTS
IN SUPPORT OF EX PARTE APPLICATION
BY GEMCO, INC. FOR RECONSIDERATION
OF MARCH 11, 2008 ORDER DENYING
MOTION TO COMPEL ARBITRATION OR
DISMISS FOR IMPROPER VENUE

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California  92101-8700

1  sent on July 13, 2006.  *Ibid.*

2      8.      There was no way for my firm to have submitted the Lutes Declaration

3  when we filed Gemco's motion.

4      9.      An Order denying a motion to compel arbitration may be appealed.  9

5  U.S.C. §16(a)(1)(C).

6      10.     A Notice of Appeal must be filed within 30 days after entry of the Court's

7  Order.  28 U.S.C. §2107(a); FRAP 4(a)(1)(A).

8      11.     Since Gemco's Motion to Compel Arbitration was denied, Gemco may file a

9  Motion for Reconsideration.  SD CA Rule 7.1(i).  Rule 7.1(i) provides in pertinent part:

10  
11  
12  
13  
14  
15  
16  
17  
> Whenever any motion or any application or petition for any order or other relief has been made to any judge and has been refused in whole or in part…and a subsequent motion or application or petition is made for the same relief in whole or in part upon the same or any alleged different state of facts, it shall be the continuing duty of each party and attorney seeking such relief to present to the judge to whom any subsequent application is made an affidavit of a party or witness or certified statement of an attorney setting forth the material facts and circumstances surrounding each prior application, including inter alia: (1) when and to what judge the application was made, (2) what ruling or decision or order was made thereon, and (3) what new or different facts and circumstances are claimed to exist which did not exist, or were not shown, upon such prior application.

18      12.     This Ex Parte Application For Reconsideration of the March 11, 2008 Order

19  seeks to have the Court reconsider its Order and take into consideration the fact that

20  Gemco showed in its Reply new factual matters (i.e. that Bond received its terms and

21  conditions, which included the arbitration provision, in a quote sent to it on July 13, 2006)

22  and did so solely in response to the matter Bond placed at issue in its Opposition to

23  Gemco's Motion.  Gemco does not dispute the general rule that a party should not be

24  permitted to withhold evidence or argument until its reply pleadings when the opposing

25  party could have responded in its opposition.  In fairness, however, that is not what

26  occurred here.  On the contrary, it is Gemco who is being prejudiced if Bond is permitted

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California  92101-8700

27  
28  

KNLH\511975.1                    -3-

07CV2400 IEG (NLS)
DECLARATION OF MALCOLM B. ROBERTS
IN SUPPORT OF EX PARTE APPLICATION
BY GEMCO, INC. FOR RECONSIDERATION
OF MARCH 11, 2008 ORDER DENYING
MOTION TO COMPEL ARBITRATION OR
DISMISS FOR IMPROPER VENUE

1  to make its argument and Gemco is denied the opportunity to show that the Opposition's

2  argument is clearly refuted by admissible evidence, particularly where that witness was

3  never known about when the motion was originally filed.

4      13.    Gemco's interests will be irreparably prejudiced if the underlying motion for

5  reconsideration is heard according to regular noticed motion procedures in this Court.

6      14.    On March 21st, 2008, I sent Bond's counsel of record a letter via facsimile

7  and U.S. mail indicating that Gemco is filing an Ex Parte Application for Reconsideration

8  of the Court's March 11, 2008 Order Denying Gemco's Motion to Compel Arbitration or

9  Dismiss for Improper Venue.  Bond will Attached hereto as proof that Bond received

10 notice of this Ex Parte Application is a true and correct copy of the facsimile confirmation

11 sheet which is attached to this Declaration as "Exhibit A."

12     15.    Gemco's Ex Parte Application for Reconsideration of the Court's March 11,

13 2008 Order Denying Gemco's Motion to Compel Arbitration or Dismiss for Improper

14 Venue along with the Memorandum of Points and Authorities and the Declaration of

15 Malcolm B. Roberts in support thereof is being electronically served on Bond on March

16 21, 2008.

17     I declare under penalty of perjury under the laws of the State of California that the

18 foregoing is true and correct, executed this 21st day of March 2008 in San Diego County,

19 California.

20

21

22

23

24  _____

25  Malcolm B. Roberts

26

27  KNLH\511975.1                    -4-          07CV2400 IEG (NLS)
                                                DECLARATION OF MALCOLM B. ROBERTS
28                                              IN SUPPORT OF EX PARTE APPLICATION
                                                BY GEMCO, INC. FOR RECONSIDERATION
                                                OF MARCH 11, 2008 ORDER DENYING
                                                MOTION TO COMPEL ARBITRATION OR
                                                DISMISS FOR IMPROPER VENUE

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California  92101-8700