## Confirmation Report – Memory Send

```
                            Page        : 001
                            Date & Time : 03-21-08  12:21pm
                            Line 1      : 6192314360
                            Line 2      :
                            Machine ID  : Kirby Noonan Lance & Hoge LLP
```

| | | |
|---|---|---|
| Job number | : | 138 |
| Date | : | 03-21  12:20pm |
| To | : | ☎2146#2326#1#185832030001# |
| Number of pages | : | 003 |
| Start time | : | 03-21  12:20pm |
| End time | : | 03-21  12:21pm |
| Pages sent | : | 003 |
| Status | : | OK |
| Job number | : 138 | |

*** SEND SUCCESSFUL ***

### Kirby Noonan Lance & Hoge LLP
ATTORNEYS AT LAW
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700
Telephone 619.231.8666   Facsimile 619.231.9593   www.knlh.com

MALCOLM B. ROBERTS
Associate

## FACSIMILE TRANSMISSION

| | | FACSIMILE NO. | TELEPHONE NO. |
|---|---|---|---|
| TO: | Micha Danzig<br>Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | (858) 320-3001 | |
| FROM: | Malcolm B. Roberts<br>KIRBY NOONAN LANCE & HOGE LLP<br>Fax No.: (619) 231-9593 | | |
| DATE: | March 21, 2008 | | |
| CASE.: | Bond Laboratories, Inc. v. Gemco, Inc. Case No. 07CV2400 IEG (NLS) | | |
| PAGES: | 3 (including this cover page) | | |
| ORIGINAL: | To Follow via U.S. Mail | | |
| COMMENTS: | Please see attached letter providing Ex Parte notice. | | |

SHOULD YOU HAVE QUESTIONS CONCERNING THIS TRANSMISSION,
PLEASE CALL MALCOLM B. ROBERTS AT (619) 231-8666

**NOTICE OF ATTORNEY-CLIENT PRIVILEGE**
THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND ANY ACCOMPANYING DOCUMENTS IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND/OR THE ATTORNEY WORK PRODUCT RULE AND IS CONFIDENTIAL BUSINESS INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR REPRODUCTION OF THIS COMMUNICATION TO ANYONE OTHER THAN THE ADDRESSEE BY ANY MEANS WHATSOEVER IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CONTACT IMMEDIATELY BY TELEPHONE, AND RETURN ALL DOCUMENTS RECEIVED TO US BY MAIL, AT OUR EXPENSE. THANK YOU.

EXHIBIT A