# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., <br><br>                                     Plaintiff, <br>    vs. <br> GEMCO, INC., <br><br>                                     Defendant. | CASE NO. 07CV2400 <br><br> ORDER SETTING HEARING DATE ON EX PARTE MOTION FOR RECONSIDERATION (Doc. No. 11) |

    Defendant Gemco, Inc. has filed an ex parte motion for reconsideration of the Court's March 11, 2008 Order Denying Defendant's Motion to Compel Arbitration. Plaintiff Bond Laboratories, Inc. may file an opposition to the motion by April 1, 2008. Defendant may file a reply on or before April 4, 2008. The Court will hear oral argument on the motion on Monday, April 7, 2008 at 10:30 a.m. in Courtroom 1.

IT IS SO ORDERED.

**DATED: March 25, 2008**

                                                     _____
                                                   **IRMA E. GONZALEZ, Chief Judge**
                                                   **United States District Court**