# AMENDED PROOF OF SERVICE

DEPT: 1
JUDGE: Honorable Irma E. Gonzalez

Bond v. Gemco
United States District Court Case No. 07CV2400IEG (NLS)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On March 21, 2008, at San Diego, California, I served the following document(s) described as **EX PARTE APPLICATION FOR RECONSIDERATION OF MARCH 11, 2008 ORDER DENYING MOTION TO COMPEL ARBITRATION OR DISMISS FOR IMPROPER VENUE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION BY GEMCO, INC. FOR RECONSIDERATION OF MARCH 11, 2008 ORDER DENYING MOTION TO COMPEL ARBITRATION OR DISMISS FOR IMPROPER VENUE; DECLARATION OF MALCOLM ROBERTS IN SUPPORT OF EX PARTE APPLICATION BY GEMCO, INC. FOR RECONSIDERATION OF MARCH 11, 2008 ORDER DENYING MOTION TO COMPEL ARBITRATION OR DISMISS FOR IMPROPER VENUE;**

on the parties in said action as follows:

| | |
|---|---|
| Micha Danzig (177923)<br>Juan C. Castañeda (240705)<br>Mintz Levin Cohn Ferris Glovensky &<br>  Popeo, PC<br>5355 Mira Sorrento Place, Suite 600<br>San Diego, CA 92121<br>Telephone: 858-320-3000<br>Facsimile: 858-320-3001 | Attorneys for Plaintiff Bond Laboratories, Inc. |

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 26, 2008, at San Diego, California.

_____
Stacy L. Ratti

KNLH\512185.1

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700