Micha Danzig, Esq. (SBN 177923)
mdanzig@mintz.com
Juan C. Castañeda, Esq. (SBN 240705)
jccastaneda@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
5355 Mira Sorrento Place, Suite 600
San Diego, CA  92121
Telephone:  858-320-3000
Facsimile:   858-320-3001

Attorneys for Plaintiff,
BOND LABORATORIES, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>                            Plaintiff,<br><br>    v.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>                            Defendants. | Case No.: 07CV2400 IEG NLS<br><br>**DECLARATION OF MICHA DANZIG IN SUPPORT OF PLAINTIFF BOND LABORATORIES, INC.'S OPPOSITION TO GEMCO'S *EX PARTE* APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING ITS MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY, TO DISMISS FOR IMPROPER VENUE**<br><br>  Date:   April 7, 2008<br>  Time:  10:30 a.m.<br>  Judge: The Hon. Irma E. Gonzalez<br>  Crtrm: 1 |

I, Micha Danzig, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California, and am a member of Mintz Levin Cohn Ferris Glovsky and Popeo, PC, attorneys of record for Plaintiff.  I have personal knowledge of the matters recited below and if called as a witness in this matter could and would truthfully testify to same.

2. Attached hereto as Exhibit A is a true and correct copy of an email from me to Michael Kirby dated November 13, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of an email from me to Michael Kirby dated November 16, 2007.

1

Case No.: 07CV2400 IEG NLS

1   4.   Attached hereto as Exhibit C is a true and correct copy of an email from Michael
2 Kirby to me dated November 16, 2007.
3   5.   Attached hereto as Exhibit D is a true and correct copy of an email from me to
4 Michael Kirby dated December 4, 2007.
5   6.   Attached hereto as Exhibit E is a true and correct copy of an email from Michael
6 Kirby to me dated December 4, 2007.
7   I declare under penalty of perjury under the laws of the State of California that the foregoing
8 is true and correct.  Executed this 1st day of April, 2008 at San Diego, California.

By:  s/Micha Danzig
     Micha Danzig

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 1, 2008, I filed a copy of the following document(s):

**DECLARATION OF MICHA DANZIG IN SUPPORT OF PLAINTIFF BOND LABORATORIES, INC.'S OPPOSITION TO GEMCO'S *EX PARTE* APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING ITS MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY, TO DISMISS FOR IMPROPER VENUE**

by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael L. Kirby, Esq.<br>KIRBY NOONAN LANCE & HOGE LLP<br>600 W. Broadway, Suite 1100<br>San Diego, CA 92101-3387 | <u>Attorneys for Defendant</u><br>GEMCO, INC.<br><br>Email: mkirby@knlh.com |

Executed on April 1, 2008, at San Diego, California.

s/Micha Danzig
Micha Danzig, Esq.

4292497v.1

1

Case No.: 07CV2400 IEG NLS