# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., <br><br> Plaintiff, <br> vs. <br><br> GEMCO, INC., <br><br> Defendant. | CASE NO. 07cv2400-IEG-NLS <br><br> **ORDER REQUESTING SUPPLEMENTAL BRIEFING BY DEFENDANT** |

At a hearing on April 7, 2008, the Court (1) withdrew its prior order denying defendant's motion to compel arbitration; (2) ordered supplemental briefing from plaintiff on the Motion to Compel Arbitration; and (3) set a motion hearing for June 9, 2008 at 10:30 a.m. The Court HEREBY REQUESTS additional briefing from the defendant on the following issue:

> Assuming the arbitration provision was actually received by plaintiff or plaintiff's agent in July of 2006, how did that term become part of the contract between plaintiff and defendant?

Defendant shall cite to legal authority in this supplemental brief. Defendant shall file the brief no later than May 12, 2008.

**IT IS SO ORDERED.**

**DATED: April 7, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**