Micha Danzig (177923)
mdanzig@mintz.com
Juan C. Castañeda (240705)
jccastaneda@Mintz.com
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121
Telephone: 858-320-3000
Facsimile: 858-320-3001

Attorneys for Plaintiff,
BOND LABORATORIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 07CV2400 IEG NLS<br><br>NOTICE OF CHANGE OF ADDRESS<br><br>Date:　April 7, 2008<br>Time:　10:30 a.m.<br>Judge:　The Hon. Irma E. Gonzalez<br>Crtrm:　1 |

PLEASE TAKE NOTICE that effective May 26, 2008, Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.'s new address will be 3580 Carmel Mountain Road, Suite 300, San Diego, California 92130. The new telephone number is (858) 314-1500 and the new fax number is (858) 314-1501. As of May 26, 2008, any and all notices and documents regarding this action should be sent to the above address.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 22, 2008　　　　　　　　　　MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Micha Danzig
　　　　　　　　　　　　　　　　　　　　　　Juan C. Castañeda
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　BOND LABORATORIES, INC.

1

# CERTIFICATE OF SERVICE

On May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Atty's Name | **Attorneys for Defendants** |
|---|---|
| Michael L. Kirby, Esq.<br>Kirby Noonan Lance & Hoge LLP<br>600 W. Broadway, Suite 1100<br>San Diego, CA 92101-3387<br>Telephone:   619-231-8666<br>Facsimile:    619-231-9593<br>Email:          mkirby@knlh.com | |

s/Micha Danzig
Micha Danzig, Esq.