1  Michael L. Kirby (50895)
    mkirby@knlh.com
2  Malcolm B. Roberts (242431)
    mroberts@knlh.com
3  **KIRBY NOONAN LANCE & HOGE LLP**
    350 Tenth Avenue, Suite 1300
4  San Diego, California 92101-8700
    Telephone (619) 231-8666
5  Facsimile (619) 231-9593

6  Attorneys for Defendant GEMCO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 07CV2400 IEG (NLS)<br><br>**STIPULATION CONTINUING HEARING DATE FOR MOTION FOR RECONSIDERATION; ORDER** |

This Stipulation is based on the following facts and circumstances:

A.  The hearing on the Motion for Reconsideration by Defendant Gemco, Inc. ("Gemco") is currently set for June 9, 2008 at 10:30 a.m.;

B.  Counsel for Plaintiff Bond Laboratories, Inc. ("Bond") and counsel for Gemco have both been engaged in separate arbitrations;

C.  Counsel for Bond and Gemco are in the process of discussing a stipulation that will likely resolve Gemco's pending Motion for Reconsideration and remove this matter from this Court's docket, but the parties and their counsel have not been able to complete that Stipulation due to the calendar commitments of counsel;

D.  The new haring date set forth in this Stipulation was approved by the Court's staff during a conference call with both counsel on May 23, 2008.

IT IS HEREBY STIPULATED, by and between Bond and Gemco, through their respective attorneys of record as follows:

1. The hearing date for Gemco's Motion for Reconsideration, which was previously set for June 9, 2008 at 10:30 a.m. **is now set for July 7, 2008 at 10:30 a.m.**

DATED: May 23, 2008          KIRBY NOONAN LANCE & HOGE LLP

By: /s/ Michael L. Kirby
Michael L. Kirby
Malcolm B. Roberts
Attorneys for Defendant GEMCO, INC.

DATED: May 23, 2008          MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: /s/ Micha Danzig
Micha Danzig
Juan C. Castaneda
Attorneys for Plaintiff BOND LABORATORIES, INC.

ORDER

Good cause appearing, IT IS SO ORDERED.

DATED: _____

_____
Honorable Irma E. Gonzalez
U.S. Chief District Judge

## PROOF OF SERVICE

|        |                |
|--------|----------------|
| DATE:  | June 9, 2008   |
| TIME:  | 10:30 a.m.     |
| DEPT:  |                |
| JUDGE: | Irma E. Gonzalez |

<u>Bond v. Gemco</u>
United States District Court Case No. 07CV2400IEG (NLS)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On May 23, 2008, at San Diego, California, I served the following document(s) described as **STIPULATION CONTINUING HEARING DATE FOR MOTION FOR RECONSIDERATION; ORDER** on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, which reflects the address last given by each such addressee on any document filed in the action and served on this office.

| | |
|---|---|
| Micha Danzig (177923)<br>Juan C. Castafieda (240705)<br>Mintz Levin Cohn Ferris Glovensky &<br>   Popeo, PC<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130<br>Telephone: 858-314-1500<br>Facsimile: 858-314-1501 | Attorneys for Plaintiff Bond Laboratories, Inc. |

☒ **BY MAIL:** I am readily familiar with our business practice for collecting, processing and mailing correspondence and pleadings with the United States Postal Service. Such correspondence and pleadings are deposited with the United States Postal Service on the same day that they are placed for mailing in the ordinary course of business. I sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the United States District Court, using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2008, at San Diego, California.

_____
Lorri Ann Taylor