# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., <br><br> Plaintiff, <br> vs. <br><br> GEMCO, INC., <br><br> Defendant. | CASE NO. 07CV2400 <br><br> ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE <br><br> (Doc. No. 22.) |

    For good cause appearing, the Court hereby continues the hearing date on Defendant's motion to compel arbitration to July 7, 2008 at 10:30 a.m.

IT IS SO ORDERED.

**DATED: May 29, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**