Michael L. Kirby (50895)
  mkirby@knlh.com
Malcolm B. Roberts (242431)
  mroberts@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
350 Tenth Avenue, Suite 1300
San Diego, California 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Defendant GEMCO, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GEMCO, INC., a New Jersey corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 07CV2400 IEG (NLS)<br><br>**STIPULATED ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE** |

This Stipulated Order is based on the following facts and circumstances:

A.  Plaintiff Bond Laboratories, Inc. ("Bond") caused a complaint to be filed in San Diego Superior Court as Case No. 37-2007-00073124-CL-BC-CTL, against Defendant Gemco, Inc. ("Gemco") and Does 1-10 on August 15, 2007 based on certain disputes arising out of Bond's order and Gemco's delivery of a commercial blender to Bond;

B.  On December 21, 2007, Gemco timely removed the state action to federal court and it was assigned Case No. 07CV2400 IEG NLS;

C.  Bond and Gemco have spent the last several months litigating whether Bond agreed with Gemco to arbitrate its dispute in New Jersey;

D.    Bond and Gemco have now agreed that, if Bond intends to pursue any claim involving this blender against Gemco, it will do so in binding arbitration in Middlesex, New Jersey;

E.    Bond and Gemco have met and conferred concerning this issue and have agreed that this action shall be dismissed without prejudice; and

F.    The parties agree that dismissal of this action without prejudice shall not act in any way, nor should it be interpreted to act, as an acceptance by Bond of Gemco's Terms And Conditions document, and further agree that both parties have reserved all their arguments regarding the enforceability of any provisions of the Gemco Terms And Conditions document.

Based on the stipulated facts and circumstances set forth above, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1.    This action is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(ii) without prejudice, or recovery of costs or fees; and

2.    The hearing set for July 7, 2008 in this matter is taken off calendar.

IT IS SO ORDERED.

Dated: _____

United States District Judge

APPROVED AS TO FORM:

KIRBY NOONAN LANCE & HOGE LLP

By: _____
Michael L. Kirby
Malcolm B. Roberts
Attorneys for Defendant GEMCO, INC.

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

By: _____
Micha Danzig
Juan C. Castaneda
Attorneys for Plaintiff BOND LABORATORIES, INC.

Kirby Noonan Lance & Hoge LLP
350 Tenth Avenue, Suite 1300 San Diego, California 92101-8700

**PROOF OF SERVICE**

DATE: July 7, 2008
TIME: 10:30 A.M.
JUDGE: Irma Gonzalez

<u>Bond Laboratories v. Gemco, Inc.</u>
United States District Court Case No. 07CV2400 IEG

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 350 Tenth Avenue, Suite 1300, San Diego, California 92101-8700.

On June 20, 2008, at San Diego, California, I served the following document(s) described as **STIPULATED ORDER RE DISMISSAL OF ACTION WITHOUT PREJUDICE** on the parties in said action as follows:

| | |
|---|---|
| Micha Danzig (177923)<br>Juan C. Castafieda (240705)<br>Mintz Levin Cohn Ferris Glovensky &<br>   Popeo, PC<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA  92130<br>Telephone: 858-314-1500<br>Facsimile: 858-314-1501 | Attorneys for Plaintiff Bond Laboratories, Inc. |

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address ltaylor@knlh.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **STATE COURT:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 20, 2008, at San Diego, California.

Lorri Ann Taylor