# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOND LABORATORIES, INC., | CASE NO. 07cv2400-IEG-NLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS** |
| vs. | |
| GEMCO, INC., | (Doc. No. 24.) |
| Defendant. | |

Presently before the Court is the parties' joint motion to dismiss the case without prejudice and without recovery of costs or fees. (Doc. No. 24.) For good cause appearing, the Court hereby GRANTS the motion. All pending hearings are vacated and the Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 20, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**